IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> D. T. MARSHALL, GINA SAVAGE,  ) <br> MONTGOMERY COUNTY  ) <br> COMMISSION, OFFICER TOLBERT,  ) <br> L.T. FINLEY, MELODY MILINDER,  ) <br> SOUTHERN HEALTH PARTNERS,  ) <br> DR. NICHOLES,  ) <br> ) <br> Defendants.  ) | CIVIL ACTION NO. <br> 2:05-cv-01234-MEF-VPM |

### NOTICE OF JOINDER IN NOTICE OF REMOVAL

Defendants Melodye Miller (erroneously designated in the complaint as "Melody Milinder") and Southern Health Partners, Inc., through undersigned counsel, hereby consents to and joins in the notice of removal filed by co-defendants Montgomery County Commissioners, D.T. Marshall, Gina Savage, Officer Tolbert, Lt. Finley and S. Davis.

_____
Daniel F. Beasley
State Bar I.D. # BEA059
Attorney for Defendant

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
256-535-1100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Thomas Gallion, III, Constance Caldwell Walker, Esq, Haskell Slaughter, 305 South Lawrence Street Post Office Box 4660, Montgomery, AL 36103; Aloysius Thaddeus Henry, by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

This 30th day of December, 2005

_____
Of Counsel