IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D. T. MARSHALL, GINA SAVAGE, ) <br> MONTGOMERY COUNTY ) <br> COMMISSION, OFFICER TOLBERT, ) <br> L.T. FINLEY, MELODY MILINDER, ) <br> SOUTHERN HEALTH PARTNERS, ) <br> DR. NICHOLES, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:05-cv-01234-MEF-VPM |

**NOTICE OF POSTPONEMENT OF ANSWER
PENDING ISSUANCE OF ORDER FOR SPECIAL REPORT
IN *PRO SE* 42 U.S.C. § 1983 CASE**

Defendants Melodye Miller (erroneously designated in the complaint as "Melody Milinder") and Southern Health Partners, Inc., through undersigned counsel, gives notice of postponing its responsive pleading pending receipt of the Order for Special Report. Plaintiff filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and accordingly this matter will presumably be referred to a magistrate judge for scheduling, management, and review. *McCarthy v. Bronson,* 500 U.S. 136 (1991); 28 U.S.C. Section § 636(b).

/s/ Daniel F. Beasley
Daniel F. Beasley
State Bar I.D. # BEA059
Attorney for Defendant

OF COUNSEL:
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
256-535-1100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Thomas Gallion, III, Constance Caldwell Walker, Esq, Haskell Slaughter, 305 South Lawrence Street Post Office Box 4660, Montgomery, AL 36103; Aloysius Thaddeus Henry, Montgomery County Detention Facility P.O. Box 4599, Montgomery, AL 36103, by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

This 30th day of December, 2005

_____
Of Counsel