IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | * |
| Plaintiff, | * |
| v. | * Civil Action Number: 2:05CV1234F |
| D. T. MARSHALL, GINA SAVAGE, MONTGOMERY COUNTY COMMISSION, OFFICER TOLBERT, L.T. FINLEY, MELODY MILINDER, SOUTHERN HEALTH PARTNERS, DR. NICHOLES, | * |
| Defendants. | * |

RECEIVED 2005 DEC 28 P 4:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Montgomery County Commission, D.T. Marshall, Gina Savage, Lt. Finley, Officer Tolbert and Grievance Clerk Davis hereby give notice of removal of this action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division, as follows:

### Commencement of the Case

1.    This action was commenced on or about August 29, 2005, with the filing of a Summons and Complaint in Civil Action No. CV-05-2234 in the Circuit Court of Montgomery County, Alabama. (See original Complaint attached hereto as Exhibit "A.")

### Jurisdictional Statement

2.    This court would have original jurisdiction of this action pursuant to 28 U.S.C. § 1331. Plaintiff's Complaint contains a claim for deliberate indifference to

serious medical needs by governmental officials acting under color of state law and thus presents a question arising under the Constitution, laws, or treaties of the United States.

### Timeliness of Removal

3. Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants are timely removing this action within thirty days after receipt of the Complaint, the pleading from which it was first ascertained that this case has become removable.

### Removal to the Middle District of Alabama

4. Removal is proper to the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 81, as Montgomery County is within its boundaries. Pursuant to 28 U.S.C. § 1441, this action is being removed to this court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

5. Pursuant to Local Rules 3.1 and 81.1, and 28 U.S.C. § 1446, a completed civil cover sheet and clear and legible copies of all pleadings, motions, orders and other papers filed and served in this action are attached as Exhibit "A."

### Notice to State Court

6. Contemporaneously with the filing of this notice of removal in this court, and in accordance with 28 U.S.C. §1446(d), Defendants have sent written notice of removal to Plaintiff and have filed a copy of this Notice with the Clerk of the Circuit Court of Montgomery County, Alabama.

### No Admission of Fact or Law

7. No admission of fact, law, or liability is intended by this notice of removal, and all defenses, motions and pleas are expressly reserved.

### Conclusion

WHEREFORE, THE PREMISES CONSIDERED, the Defendants respectfully submit that they are entitled to have this action removed from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this the 28 day of December, 2005.

*/s/ Constance Walker*
THOMAS T. GALLION (GAL010)
CONSTANCE C. WALKER (WAL144)
Attorneys for Defendants

OF COUNSEL:

Haskell Slaughter Young & Gallion, LLC
305 S. Lawrence Street
Post Office Box 4660
Montgomery, Alabama  36103-4660
334-265-8573
334-264-7945

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of December, 2005, I have served a true and correct copy of the foregoing upon all parties and counsel of record by placing the same in the U.S. mail, first class, postage pre-paid and addressed as follows:

Aloysius Thaddeus Henry
Montgomery County Detention Facility
4-D-3
Post Office Box 4599
Montgomery, Alabama 36103


Daniel F. Beasley, Esq.
Lanier Ford Shaver Payne. P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801

_____
OF COUNSEL