CIVIL TORT CLAIM
F.R.C.P. 346(b) 2674 (1996)

(1)

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

Answer Due 1-5-06
TTG
BAC

ALOYSIUS THADDEUS HENRY,
  Plaintiff,

V.

Montgomery County Commissioners, et al
D.T. Marshall, et al Gina Savage, et al
Officer Tolbert, et al L.T. Finley, et al
Ms. Davis Grievance Officer, Melody Milinder,
Southern Health Partners, et al, Dr. Nicholes,
  Defendants, et al

CIVIL ACTION CASE
NO: CV-05-2234

FILED 2005 AUG 29 PM 12:12 CIRCUIT COURT OF MONTGOMERY COUNTY

Upon service of this complaint Tort claim you have (7) days to respond to protect your rights. If not COMPLAINT Judgement Rule for him

Comes now the Defendant in the above styled cause of action now files this Civil Tort Claim for Suite against the Named Defendants. Were as the Defendants were acting under color of state law, to cause illegal acts while in their official capacitys as officers, were they acted with neglect, and reckless disregard and show'd ill-will, the Defendants were deleberate and indifference in many way's to cause serious bodily injury to deny the proper medical treatment for the pain and suffering. And failure to follow the rules and regulations. Policy's and procedures.

1. I was physicaly assaulted by officer Tolbert while I was in hand cuffs were he has cause bodily injury to my left shoulder area were I can not hardly move it, I was in hand cuff's as he slam me into the wall area once you are exiting out of the Isolation cell's in 3-I you are then out of view of the camera, he also stated that he wish he could kill me. Office. J. James heard him slaming me against the wall area, and a inmate by the name Larry Nesby seen him, he was in cell-8 in front of the door

The use of the unnessary force, physicaly while I was in hand-cuff's were wrong were he purposely, and knowingly caused such injury even a lay person would notice such injury. L.T. Finley was call'd were I Also was bleeding from the mouth were he kept on trying to run my head into the wall area and I turn'd my head but the way he was slaming me cause me to Bite my lip. and blood was on me. L.T. Finley seen me and told Me she had nothing to do with the E-Team it was savage call, to write her about the matter., I'v filed a grievance several times never heard anything at all. I have been messed up with my shoulder now for a long time. I know it will not get better until I see a specilest, I've took (2) x-ray's been placed on some pain pill's since April 2005 for my injury to my left shoulder. I also been placed on "Stirods" That were prescribed by Dr. Nicholes of Pratville, Ala. So if their was nothing wrong why would they keep trying to solve the problem. But they can not hide it. I've been trying to see the doctor Again so I can see about getting the wright treatment, But my Requests have been over look'd were the medical staff has shown with Reckless disreguard while purposely acting under color of an official capasity, the county jail under contract are what ever other means. Southern Heath Partners nurse's are Melondy Millinder-RN - Ms. Dee's - Ms. Vhen MR. Konesky - Ms. Henry - Ms. Williams - Ms. Smith - Ms. Roman Clerk, Ms. Lee the doctor - Mr. Nicholes. The Delay in adequate Medical Treatment Is a violation of constitutional right, were I'm not able to provide the Treatment for myself due to my being lock'd up in jail and therefore a medical staff is to make sure that you receive the proper Treatment needed, were this is a serious matter and a specilest is very much needed.

On the day of the injury. Nurse Henry had to ask officer Tolbert several times to remove the hand cuffs so that she could check the plaintiff's injury. During the month of July 2005 the plaintiff went back to lock-up were officer Tolbert drew his stun gun to shoot the plaintiff for no reason while the plaintiff was in hand cuffs. Several times also made several threats to do bodily harm. Were after the plaintiff was taken to 4-I - officer Tolbert went back into 4-B dorm and made plenty of statement in front of the other inmates in the dorm that he wanted to shoot the plaintiff and hurt him. The inmates in 4-B. clearly stated this - officer Tolbert also stated he would kill me, he also said he'll kill my mother. Using very obtray words openly he stated this in front of corpral Rogers as they were taking the plaintiff to 4th floor padded cell on 4-29-2005. Tolbert is very much guilty of simple assault were he has caused on purpose, and knowing acted with reckless disregurd to cause bodily injury to the plaintiff while acting under color of state law to act with Deliberate indiffrence to a person humans life to cause recklessly bodily injury, werefore the use of plaintiff's arm is in bad condiction and he limited now as to what he use to do, were it would be even hard to defend one's self if he was attacked by others are even one person. Plaintiff resently learn'd that not only myself has been hurt by officer Tolbert but another inmate that was in 4-B. A grievance was fired on this matter, also two inmates by the names of Rodney Smith and Stefraino Hampton jumped on a white inmate on the 3rd floor causing serious bodily injury to the victom, were officer Tolbert had the inmates to do this.

to cause injury to another inmate unlawfully and knowingly with Reckless Disregard to one's safety. once I found this information out I made notes of it and proceeded a signed statement from the Two (2) inmates That Jumped on The white Boy, and I Then wrote my own statement as to what happen to me in a complaint and sent it along with Their statement-complaint to the Investigator MR. L.T. Robert Stone, I have not heard anything as of yet from him about our complaint. are these unlawful acts that are purposely being committed by this officer while acting under color of state law knowingly acting Recklessly causing bodily injury to another with or attempts by Physical menace to Imminet serious bodily injury of a Human life, whereas for to the inmate in 4-B His head was Busted by Tolberts Act's while he also was in Hand-cuff's. These Acts are deceiberttly done in a Indiffrence manner to cause such injurys on Purpose manifesting extreme indifference to the value of Human Life, which are wrongful Acts where The officials can be held liable for sute under civil Tort claim where The Defendant are acting under color of state law. There is a caushal connection between the officials and The officer and his Authority as a county-state official to clearly violate established Rules and Regulations, Policies and procedures and S.O.P. of The Jail's dayly overseeing of The Jail. Also Southern Helth Partners who contract throu the Montgomery County Jail, where I've been constely denied medical treatment, The Proper Medical Treatment that I need For the injury That I Received while in Hand-cuff's by officer Tolbert

were upon Filling out Numerous Request For The Proper Medical Treatment I have Not Yet Received it. So Therefore I have been denied The Proper Medical Treatment on Purpose by the Name defendant medical Staff. Were also L.T. Finley and also L.T. Matthews have been checking on my well being as to why I have Not Seen the Doctor for my Shoulder, were I can Not Handle use It at all which came From The Assault by Tolbert. I'm being denied the Proper and the adequate Medical Treatment that I Need for my Injury by The Name Defendants.

## RELIEF SOUGHT

To have a TRIAL BY a Jury OF 12. All Medical Bills Paid and to Receive Puntive Damages For The Pain and Suffering in the Amounts of $1,200,000.00 Dollars each From the Defendants, Compastory Damages in the Amount of $1,200,000.00 Dollars each From the Defendants, Actual Damages In the Amount of $1,200,000.00 Dollars each From the Defendants. and $1,200,000.00 Dollars in the Official Capasity, and $1,200,000.00 Dollars In their Induvusal Capasity. Were The Name'd Defendants has caused very Serious Damage's to the Plaintiff deleberticy and in a Indifference Manner, To deny and Recklessly on Purposly violate Rules and Regulation and Polices and Procedure unlawfully, but Knowingly while acting under color of the Law as Official-Officers or Contract Nurse's.

## CERTIFICATE OF SERVICE

I Hereby certify that I have served a Copy of This Suite Tort Claim on the courts on this the 29th day of August 2005.

PLAINTIFF,   *Aloysius Thaddeus Henry*   4-D-3