IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALOYSIUS THADDEUS HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:05-cv-01234-MEF-VPM |
| D. T. MARSHALL, GINA SAVAGE, MONTGOMERY COUNTY COMMISSION, OFFICER TOLBERT, L.T. FINLEY, MELODY MILINDER, SOUTHERN HEALTH PARTNERS, DR. NICHOLES, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER**

Come now the Defendants, Southern Health Partners, Inc. ("Southern Health"), Melodye Miller (erroneously designated in the complaint as "Melody Milinder"), and Dr. Kenneth Nichols (erroneously designated in the complaint as "Dr. Nicholes"), and hereby move this Court for an extension of time within which to file their Special Report and Answer. As grounds for said motion, Defendants hereby set down and assign the following:

1. On January 6, 2006, this Court entered an Order for Special Report. Said Order requires that Defendants submit a special report to this Court and an answer within forty days of January 6, 2006, or by February 15, 2006.

2. Defendants have been attempting to gather the information required by the Court to complete the special report and answer but have been unable to do so due to the unavailability of several of the key personnel who provided health care services to the plaintiff.

**WHEREFORE**, Defendants request a sixty day extension within which to complete their investigation and prepare the special report and answer as directed by this Court.

/s/Daniel F. Beasley
Daniel F. Beasley
State Bar I.D. # BEA059
Attorney for Defendants

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
256-535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Gallion, III
Constance Caldwell Walker
Haskell Slaughter
305 South Lawrence Street
P.O. Box 4660
Montgomery, AL 36103

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

Aloysius Thaddeus Henry
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

/s/ Daniel F. Beasley
Of Counsel