IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY | * |
| Plaintiff, | * |
| v. | * Civil Action No. 2:05-CV-1234-MEF |
| D. T. MARSHALL, et al., | * |
| Defendants. | * |

### DEFENDANTS' MOTION TO FILE DOCUMENT UNDER SEAL

COME NOW Defendants Montgomery County Commission, D.T. Marshall, Gina Savage, Annie Pearl Findley, Martinez Tolbert, and Fae Davis, by and through the undersigned counsel, and move this Court to allow them to file "Defendants' Special Report" under seal in accordance with the prior orders of this Court and specifically show as follows:

1. Defendants' Special Report contains medical records of the Plaintiff.

2. So that their meaning will not be obscured, these documents have not been redacted to remove the name of the Plaintiff.

3. Defendants therefore request that the Court grant them permission to file "Defendants' Special Report" under seal.

Dated this the 15th of February, 2006.

_____
Thomas T. Gallion, III   (GAL010)
Constance C. Walker (WAL 144)
Attorneys for Defendants

OF COUNSEL:
HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

## CERTIFICATE OF SERVICE

I HEREBYCERTIFY that on this 15th day of February, 2006, I have served a true and correct copy of the foregoing upon all parties and counsel of record by placing the same in the U.S. mail, first class, postage pre-paid and addressed as follows:

Aloysius Thaddeus Henry
Montgomery County Detention Facility
4-D-3
Post Office Box 4599
Montgomery, Alabama  36103

Daniel F. Beasley, Esq.
Lanier Ford Shaver Payne P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama  35801

OF COUNSEL