IN THE CIRCUIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-05-2234 |
| | ) |
| D. T. MARSHALL, GINA SAVAGE, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF D. T. MARSHALL

Before me, a Notary Public, personally appeared D. T. Marshall and after being duly sworn, did say as follows:

1. My name is D. T. Marshall. I am Sheriff of Montgomery County, Alabama. I am a named Defendant in the above styled cause filed by Aloysius Thaddeus Henry.

2. I have not violated the constitutional rights of Inmate Aloysius Henry.

3. It is the policy of the Montgomery County Detention Facility that every effort will be made on the part of facility personnel to ensure safe custody, decent living conditions, and fair treatment for all inmates.

3. The total, daily operations of the jail are managed by the Director of the Detention Facility, employed by the Montgomery County Sheriff's Office.

*[signature]*
D. T. Marshall

Sworn to and subscribed before me this *21st* day of *December*, 2005.

_____
Notary Public
My Commission Expires October 15, 2006