IN THE CIRCUIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-05-2234 |
| | ) |
| D. T. MARSHALL, GINA SAVAGE, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF GINA M. SAVAGE

Before me, a Notary Public, personally appeared Gina Savage and after being duly sworn, did say as follows:

1. My name is Gina Savage. I am Director of the Montgomery County Detention Facility. I am a named Defendant in the above styled cause filed by Aloysius Thaddeus Henry.

2. Inmate Aloysius Thaddeus Henry, a pre-trial detainee, entered the Detention Facility December 2, 2004, charged with Burglary I. His bond was set at $30,000.00.

He was sentenced to the Department of Corrections September 30, 2005, and released to the DOC November 4, 2005.

3. Corrections Officer Martinez Tolbert denies Inmate Henry's charge that he slammed him into a wall causing him injury. There are no reports in the file indicating that Inmate Henry was injured while being escorted by Officer Tolbert nor is there any medical evidence to substantiate Inmate Henry's claim that his shoulder was injured while he was being escorted to another cellblock. As a member of the Extraction Team, Officer Tolbert has been trained to restrain and move hostile inmates without causing injury.

4. In response to requests submitted, Inmate Henry's shoulder was x-rayed on April 6, 2005; results were normal. On April 29, 2005, he was seen by Nurse Dees. The nurse's notes indicate "no acute distress/no deformity noted". On May 6, 2005, his shoulder was x-rayed by Southern Radiology Services; results were normal. On May 31, 2005, he continued to complain of shoulder pain and was prescribed 800 mg. Motrin (2 daily) and 300 mg. Lithium (2 daily). On June 20, 2005, Inmate Henry was seen by the medical staff complaining of a sore throat and shoulder pain. He was treated for his sore throat and his current medication for shoulder pain was continued.

On June 24, 2005, Dr. Nichols noted in Inmate Henry's file that the x-rays of the injury Inmate Henry sustained in April were normal however the inmate had complained more of pain over the past few weeks. A Percogesic was prescribed for two weeks – Inmate Henry has not been prescribed steroids. Another x-ray of joints and bones by Southern Radiology Services was taken on June 27, 2005. The results showed no fracture, no arthritis, no dislocation or no bone lesion.

On August 9, 2005, he had an appointment with an orthopedic physician and was prescribed 800 mg of Ibuprofen and on August 18, 2005, he was sent to Rehab Associates and prescribed 600 mg of Motrin.

Inmate Henry has not been denied medical treatment.

_____
Gina M. Savage

Sworn to and subscribed before me this 21st day of December, 2005.

_____
Notary Public
My Commission Expires October 15, 2006