IN THE CIRCUIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRCIT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSUIS THADDEUS HENRY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV:05-1234 |
| | ) |
| D.T. MARSHALL, GINA SAVAGE, et al., | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF MARTINEZ TOLBERT

Before me, a Notary Public, personally appeared Martinez Tolbert and after being duly sworn, did say as follows:

1. My name is Martinez Tolbert and I am a Corrections Officer with the Montgomery County Detention Facility. I am a named Defendant in the above styled cause filed by Aloysius Thaddeus Henry.

2. I have not violated the constitutional rights of Inmate Aloysius Henry.

3. On approximately May 27, 2005, the Extraction Team conducted a cell search in 3-Isolation cellblock. When we entered the cell, I announced that we were going to conduct a cell search and that all inmates should cease talking.

When Inmate Henry's cell was searched, we discovered contraband on the wall and on his head. I ordered Inmate Henry to remove the contraband from his head and from his wall. He began cursing and using profanity. Corporal Rodgers ordered Inmate Henry to place his hands out of the feed door. He complied and I placed handcuffs on him. I escorted Inmate Henry by

his arm out of his cell on to the hall. I did not use unnecessary force on Inmate Henry.

Inmate Henry began complaining about his shoulder because he was handcuffed from behind. Corporal Rodgers and I escorted him to the Medical Unit. When the attending nurse, Nurse Henry, asked Inmate Henry what was wrong he stated that his shoulder hurt. Nurse Henry told him that she would place him on the list to see the doctor.

Inmate Henry did not sustain any injuries nor was his mouth bleeding.

Corporal Rodgers and I escorted Inmate Henry to the 4th Floor Hallway. I have never made any threats toward Inmate Henry. I never had any contact with Inmate Henry when he was in 4-Isolation.

4. Inmate Nesbitt was not housed in 3-Isolation at the time of the cell search.

_____
Martinez Tolbert

Sworn to and subscribed before me this _21_ day of _December_, 2005.

_____
Notary Public
My Commission Expires October 15, 2006