IN THE CIRCUIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-05-2234 |
| | ) |
| D. T. MARSHALL, GINA SAVAGE, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF FAE DAVIS

Before me, a Notary Public, personally appeared Fae Davis and after being duly sworn, did say as follows:

1. My name is Fae Davis. I am employed as a Grievance Clerk with the Montgomery County Detention Facility. I am a named Defendant in the above styled cause filed by Aloysius Thaddeus Henry.

2. I have not violated the constitutional rights of Inmate Aloysius Henry.

3. On May 23, 2005, I received a grievance from Inmate Aloysius Henry stating that he was being denied medical treatment for an injury he had received.

I investigated Inmate Henry's complaint and learned that he had been to the Medical Unit on numerous occasions. On April 29, 2005, he was taken to Medical complaining of pain in his left shoulder. His shoulder was x-rayed on May 6, 2005, and the report showed his shoulder was normal.

I found no evidence that Inmate Aloysius Henry was denied medical treatment.

_____
Fae Davis

Sworn to and subscribed before me this _21_ day of _December_, 2005.

_____
Notary Public
My Commission Expires October 15, 2006