IN THE CIRCUIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-05-1234 |
| | ) |
| D. T. MARSHALL, GINA SAVAGE, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF ANNIE PEARL FINDLEY

Before me, a Notary Public, personally appeared Annie Pearl Findley and after being duly sworn, did say as follows:

1. My name is Annie Pearl Findley. I am a Lieutenant with the Montgomery County Detention Facility working as shift commander between the hours 5:30 AM – 2:00 PM. Officer Tolbert is a Corrections Officer on the second shift. I have no knowledge of Officer Tolbert injuring Inmate Aloysius Henry or any other inmate.

2. As a supervisor in the Detention Facility, I make cell inspections throughout the day, and I know Inmate Henry. However, I have no knowledge of Inmate Henry being injured, no knowledge of the type of medical attention he has received, and no knowledge of him being denied medical attention.

_____
Annie Pearl Findley

1

Sworn to and subscribed before me this 14th day of February, 2006.

_____
Notary Public
My Commission Expires October 15, 2006