MOO1 CDL

RECEIVED 2-10-05
2005-0085

## MONTGOMERY COUNTY DETENTION FACILITY
# GRIEVANCE OR APPEAL OF DECISION

1-8-05

Date: 1-9-05   1-10-05    Cellblock: 3-D-1

Name: Aloysius Thaddeus Henry    Booking No. 84775

Date/Time of Alleged Incident: On about The 7th 05

**THE FOLLOWING INFORMATION SHOULD BE INCLUDED:**

1. Description or Summary of the Complaint
2. Name of Individual(s) Involved
3. Signature of Inmate

I slip'd down comming out of the shower, my spine and lower back area is hurt severly. Ms. Washington and Sgt. Officer Thiff know's about where the drain is mess'd up in front of The Shower, I Can Not hardey walk at all it has damaged my nerves. Where my leg. left leg is feeling numb, I told Officer Hawpkins But I don't know what's going on. The Nurse told me it will be after second shift so That They could get me to see about some X-Ray's This was Not my Fault, This is Negance on behalf of The Sheriff Department for Not Fixing the problem. I've wrote over 5-complaints and Two grievances, I Need to see a Free World Attorney about my Back and my Buttis area, where my nerves and leg is hurting bad. I have Not seen a doctor as of yet 1-10-05 Free world Also Need to call home, where there is a Block on the Phone from the Jail That will Not allow you to call out. I'm from Troy. Ala my Parents Need to know what has ben to me. in this Jail.

_____ Aloysius T. H 84775
Signature of Inmate                     3-D-1

Need to

**PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP**

se D.T. Marshall, Right away! (911)

Revised 06/11/04

PROGRESS NOTES

| Date/Time | Inmate's Name: Henry Alaysius | D.O.B.: | S.S. #: |

**3/11/05**

Drain in shower is staggering & clogged 4-5 days ago. Feet went out & landed on his back side.

PE: ↑ ℗ tender ℗ lumbar area

A: Back pain / contusion

Plan → Ibuprofen 800 b.i.d. x 4 days ← 2 days, W.K.S

Flexeril 10 b.i.d x 2 wks

KM 3/11/05

**3/15/05**

Had trap slammed on 3rd & 4th f. ℗ hand just now.

PE: ↑ ℗ sl. tender distal ℗ 4th finger.

↓ ℗ tender c̄ bloody under nail ℗ 3rd finger

A: contusion finger

Plan → X-Ray finger.

**3/17/05** X-ray done per orders ——— ℗ hand TM

**3/18/05** X ray Results show no fracture or dislocation to Rt. hand.

Ann Gebelsky RN

# PHYSICIANS' ORDERS

Southern Health Partners, Inc.

Name: _Aloysius Henry_

Diagnosis (if chg'd): X-Ray (R) 3rd (middle) finger

noted ab?ll 3/15/05 5⁰⁰

D.O.B.:

Allergies:

Use Last    Date: 3/15/05

☐ *Generic Substitution is <u>NOT</u> Permitted*

Name:

Diagnosis (if chg'd):

D.O.B.:

Allergies

Use Last    Date:

☐ *Generic Substitution is <u>NOT</u> Permitted*

Name:

Diagnosis (if chg'd):

D.O.B.:

Allergies:

Last    Date:

☐ *Generic Substitution is <u>NOT</u> Permitted*

Name:

Diagnosis (if chg'd):

D.O.B.:

Allergies:

Use Last    Date:

☐ *Generic Substitution is <u>NOT</u> Permitted*

Name:

Diagnosis (if chg'd):

D.O.B.:

Allergies:

Use Last    Date:

☐ *Generic Substitution is <u>NOT</u> Permitted*

Name:

Diagnosis (if chg'd):

D.O.B.

Allergies:

Use Last    Date:

☐ *Generic Substitution is <u>NOT</u> Permitted*

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| DATE 03/17/05 | LAST NAME HENRY | FIRST NAME ALOYSIUS | MI |
|---|---|---|---|

| D.O.B. 09/25/63 | SEX M | FACILITY MCDF (MONTG. CO) | |
|---|---|---|---|

| ORDERING PHYSICIAN NICHOLS | X-RAY NO. |
|---|---|

RIGHT HAND TWO VIEWS 03/17/05

I SEE NO EVIDENCE OF FRACTURE OR DISLOCATION ON EXAM. THE JOINT SPACES OF THE HAND APPEAR NORMAL. THE SOFT TISSUES ARE UNREMARKABLE.

IMPRESSION: NORMAL RADIOGRAPHIC APPEARANCE OF THE RIGHT HAND.

William B. Abbott, MD

FACILITY NAME

MEDICATION SHEET & ADMINISTRATION RECORD

MONTH / YEAR 1/05

MEDICATION SHEET & ADMINISTRATION RECORD

DIAGNOSES

ALLERGIES: NKA

PATIENT NAME

DOCUMENTATION CODES = DC - Discontinued Order  DO - Dose Omitted  R - Refused  C - Court  SA - Self Administered  NS - No Show

ID

LOC. NO. 3F

PHYSICIAN'S NAME

NURSE'S SIGNATURE    INITIAL

NURSE'S SIGNATURE    INITIAL

12-31-04

Lithium 600 mg. q. a.m.

1/5/65 00

Zoloft 500 mg ti BID q days

FACILITY NAME    MONTGOMERY CTY DET-410

MEDICATION SHEET & ADMINISTRATION RECORD

Page: 1 of 1    MONTH/YEAR 02/2005

LITHIUM (PPG8) 300MG CAPS
ESKALITH 300MG CAPS
TWO (2) CAPS ORALLY IN THE MORNING
& ONE (1) CAPSULE ORALLY IN THE
EVENING

Rx 4134994 NICHOLS, , MD

ALLERGIES    NKA

DIAGNOSES

PATIENT NAME    HENRY, ALPHONSUS

ID    84775    LOC. NO. 3E

PHYSICIAN'S NAME    BLANK, Dr. Nichols

DOCUMENTATION CODES =    DC - Discontinued Order    R - Refused    S - Self Administered

START 2/12/05    STOP 2/25/05
START 01/04/2005    STOP 02/02/2005

Southern Health Partners, Inc.
JAIL MEDICAL UNIT

## INMATE SICK CALL SLIP

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it
to the correctional officer and/or medical staff for submission and review by the medical staff. The
medical staff will arrange for you to be seen by the appropriate medical staff member.

Today's Date 3-23-2001    Pod/Location: 3 -    Cell: 3 D-1

Name: Aloysius Thaddeas Henry

ID# 84775

Complaint/Problem: I Need to see about MY Finger That is Numb, where an
Officer on 2nd shift Officer Thomas, I'm in The Need
of a M.R.I. an to see the X-Ray That MISTaKEN
I Need to see a Bone Specialist.

How long have you had this problem? 3-15-2005

---

## TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs:    Temp 96°    Resp 20    Pulse 79    B/P 142/80

Instructions/Assessment: Follow -up visit I/M informed
of + shown results of x-ray to (R) hand + middle
finger which were negative of fractures.

☑ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 3/23/05    Seen by: _____

*Place original form in patient's medical record.*

Southern Health Partners, Inc.
JAIL MEDICAL UNIT

## INMATE SICK CALL SLIP

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member.

Today's Date: 3-29-2005   Pod/Location: 3-I-6   Cell: 3-I-6

Name: Aloysius T. Henry

ID# 84775

Complaint/Problem: The Medican I'm Takeing is causing MY Joints to hurt, I have Not slep in 3-day, Seraquell

How long have you had this problem? 3 days ago, ~~and~~ it's Makeing me sick,

## TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment:_____

_____

_____

_____

☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____   Seen by:_____

*Place original form in patient's medical record.*

Southern Health Partners, Inc.
JAIL MEDICAL UNIT



RECEIVED
BY *lee* DATE 4-1-05

# INMATE SICK CALL SLIP

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member.

Today's Date: 4-1-2005    Pod/Location: 3-I-6    Cell: 3-I-6

Name: Aloysius T. Henry

ID# 84775

Complaint/Problem: The Rittlin medication has given me a sign effect threw my whole left side of my body where it is hurting all the time.

How long have you had this problem? about the 3-14-2001

------------------------------------------------------

## TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs:    Temp_____    Resp_____    Pulse_____    B/P_____

Instructions/Assessment:_____

_____

_____

_____

☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____    Seen by:_____

*Place original form in patient's medical record.*

GRESS NOTES

| Date/Time | Inmate's Name: Henry, Aloysius D.O.B: 9/25/63 S.#: 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 |

4/7/05

His finger is still numb where it got slammed in a trap on 3/15. Is Numb & still hurts.

PE:
- ① tender top of
- ① middle finger

has some ↓'d sensation about 5mm diameter on very top of fngrs.

I told him

I tried to tell him That if he mashed his fngrs + would be Numb, + might stay That way but he wouldn't let me finish.

Will try some procardia for a week to see of it helps.

4/6/05 I/m c/o ongoing pain to shoulder & x-ray done.  JSmith

4/28/05 I/m was given HIV test per request of I finally P spitting in officers face. Lab was drawn per RN + sent to lab.  JSmith

4/31/05 I/m continues to c/o pain due to injury to shoulder will give motrin 600mg, P.O. BID I/m was on Lithium 300mg x 2 given @ nights. will restart meds. P checking c MD I/m appears to be S S/S of charges on S/S of acute pain  JSmith



Inmate Name: Henry Aloysius
SS# Case Number: 424 86 743
DOB: 4-8-63

Nurse Worker: Dresser
Date of Observation:
Date of Report: 4/20/05

<u>DIRECTIONS</u>: To be completed on all physical abuse reports when a suspected injury is observed. Be descriptive in noting your observations.



40 pain
no injury
noted



PROGRESS NOTES

| Time | Inmate's Name: Herry Atkins D.O.B 6/25/ S.S. #: 421 86 7957 |
|------|------|
| 12/29/05 | T 4, P 18, R 98.6 B/p 120/70 Inmate c/o pain to R @ 1345 shoulder. ↓ ROM noted to Rt ↓ extremities c̄ difficulty. States pain is severe when lifting ® arm. No deformity noted. No edema; denies any tenderness upon palpation. No acute distress noted. ————————— C. Reese lpn |
| 1/30/06 | I/m brought to medical p̄ being maced. Irritation noted to ® side of face. Denies being sprayed in eyes. ® side of face around eye washed c̄ EyeWash solution & A&D ointment applied. No distress noted — Bowman R |

Southern Health Partners, Inc.
Corporate Office:
Please note our new billing address:
Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | |
|---|---|---|
| DATE | LAST NAME | FIRST NAME MI |
| 5/6/2005 | HENRY | ALOYSIUS |
| D.O.B. | SEX | FACILITY |
| 9/25/1963 | M | MONTGOMERY CO JAIL |
| ORDERING PHYSICIAN | | X-RAY NO |
| DR. NICHOLS | | MT8135 |

**TWO VIEWS OF LEFT SHOULDER:** No evidence of fracture or dislocation is identified. The glenohumeral and AC joints appear unremarkable. Soft tissues appear normal.

**IMPRESSION:** Normal radiographic appearance of the left shoulder.

William Abbott, M.D./jaw
5/8/2005
tt:    5/8/2005 5:28:47 PM
td:    5/6/2005 5:05:32 PM

RECEIVED 05/23/05
2005 0272

*Medical Officer Tolbert*

## MONTGOMERY COUNTY DETENTION FACILITY
# GRIEVANCE OR APPEAL OF DECISION

Date: 5-22-2005                    Cellblock: 4-C3

Name: Aleysma T. Han              Booking No. 84775

Date/Time of Alleged Incident: APRIL - OR - MAY 2005

## THE FOLLOWING INFORMATION SHOULD BE INCLUDED:

1. Description or Summary of the Complaint
2. Name of Individual(s) Involved
3. Signature of Inmate

I'M being Denied Medical Attention when I was hurt by an officer on 2nd shift while I was in hand cuffs in 3-I. I was ran into a wall with hand cuffs on by officer Tolbert on the A-team. Lt. Finay ordered me to be taken to medica I had X-Rays of MY shoulder, But I'M still in great Pain, I've Told Nurse Henry which she new anyway also LT. Mathews Newland Young @1006 by Ms. Braednet Told Them last week about My Problem I'M in sever Pain MY shoulder is out of place it must be I'M in to much Pain and being denied the Proper medical Treatment

_____
Signature of Inmate

### PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

Revised 06/11/04

*Aloysius Thaddeus Henry*  5-25-2005

8:30 AM

# RECEIPT OF GRIEVANCE

### GRIEVANCE # : _____ 20050272

**THIS FORM SHOULD BE COMPLETED BY THE GRIEVANCE CLERK AND RETURNED TO THE INMATE.**

**RECEIVED FROM INMATE:** _____ **ALOYSUS HENRY** _____

**BOOKING NUMBER:** _____ **84775** _____

**DATE RECEIVED:** _____ **05/23/05** _____

**CELLBLOCK NUMBER:** _____ **4I - 10** _____

Have you put in a "Sick Call" form?  Several over 6

If so, when did you put it in the hand mail box?  During The Month of 5th 4th

Did you report the alleged incident that happened in April or May?  Yes! L.T. Finley Told them Take me To Medical

Did someone from Medical tell you that your shoulder was out of place?  Nurse stated it could be out of place one severly sprung.

If so, who and when?

after I was Removed From 4-Padd cell by officer Tolbert cause Incedent. While I was Hand Cuffs To slam me The Wall of 3-I window on The Wall of 4th F by the Padded cell door

I Do Not Know any of Their Names at all, Just Nurse Lady DRISE,

# GRIEVANCE DECISION

GRIEVANCE NO. _____ 20050272 _____     CELLBLOCK: _____ 4I _____

INMATE NAME: _____ ALOYSIUS HENRY _____     BOOKING NO. _____ 84775 _____

I have investigated your grivance dated 05/22/05 and found that you have been to the Medical Unit on numerous occasions.

1. On 2/11/05, answered in grievance #20050085, for an alleged fall with injury to your spine and lower back. You refused medical attention because of the $10.00 charge.

2. On 3/17/05, answered in grievance # 20050167, for an alleged injured finger. X-ray done on 03/17/05. Results (which showed "no evidence of fracture or dislocation") were discussed with you on 3/23/05.

3. You were seen in medical on 4/29/05 complaining of left shoulder pain. Assessment showed no evidence of abnormality. Shoulder X-rayed on 5/06/05. Normal x-ray reported on 5/08/05.

4. You had lab work on 5/23/05 at Lt. Findley's request.

The E-team members informed everyone that no talking would be tolerated during the cell search in 3I on 04/29/05 and that anything not issued by MCDF was considered contraband and would be taken. A torn t-shirt was taken from you and you started cursing the officers. Officer Tolbert and Cpl. Rogers escorted you to Medical for your alleged injury to your shoulder.

Your complaints of injuries have been addressed in detail and I find that you ARE NOT being denied medical attention.

I find that due to your many unsubstantial complaints, you are abusing the grievance system; therefore, you are being placed on the Grievance Abuser's List and will not receive any more correspondence from the Grievance Clerk.

Signature of Grievance Clerks: _____     Date: _____ 06/01/05 _____

PROGRESS NOTES

Date/Time 6/20/05   Inmate's Name: Henry, Aloysius   D.O.B. 9/25/05   S.S. #: 4218 97957   9/25/63

T - 98⁸
P - 79
R - 18
BP - 153/85

I/M brought to medical unit c/o L shoulder pain + irritated throat. Aft Throat examined, small white bumps observed in back of throat. I/M c/o scratchy, + slightly painful. I/M says spits up blood at times. Will order nystatin suspension. I/M c/o continued pain in L shoulder. X-ray neg. (previous) on 5/6/05. ROM is limited. Continue current Plan of care + meds for shoulder. ————— M Miller, R...

6/24/05

Has left shoulder is out of place - had an X-Ray done + was Normal.

The injury was in April. Has been a lot worse over the last few weeks.

PE:
      L tende over subacromial bursa
      ↓'d ROM shoulder

                                        Ibu 800 bid

A: Tendonitis shoulder

P: tx → motrin dose pts

      X-Ray shoulder

      paregoric 2 bid × 2 w/ks

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:    Please note our new billing address:
Southern Health Partners, Inc.

6/27/200_  _ 4 _  _M: Fax Southern Radiology S  TO: 1-3_  _32-_171  _GE: 001 OF 001

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| **DATE** | **LAST NAME** | **FIRST NAME** | **MI** |
| 6/27/2005 | HENRY | ALOYSIUS | |
| **D.O.B.** | **SEX** | **FACILITY** | |
| 9/25/1963 | M | SHP-MONTGOMERY COUNTY | |
| **ORDERING PHYSICIAN** | | **X-RAY NO.** | |
| NICHOLS, KENNETH | | MT8135 | |

**TWO-VIEW LEFT SHOULDER:** The AC and glenohumeral joints, bones, and soft tissues are normal. No fracture, dislocation, arthritis or bone lesion identified.

**OPINION:** Normal shoulder.

_____

John Waldo, M.D./jaw

tt:    6/27/2005 4:43:50 PM
td:    6/27/2005 4:09:15 PM

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lithium 300mg ÷ po
q am
5/31/05

Cedrol Dose Pack
+ row daily x 6 days

Nystatin Swish
Swallow - 10cc
BID til gone

6/1/05 — 6/30/05

NKA

REORDER FROM INTEGRAL SOLUTIONS GROUP · 1-800-335-0767    FORM A-55    STOCK #508423

Approved By Doctor:
By: Dr. Nichols    Title:    Date:

Henry, Aloysius    9/25/63    m    401·86·7957



MEDICATION ADMINISTRATION RECORD    ATW

# MONTGOMERY COUNTY JAIL



Motrin 800mg
2 tabs po BID
continuous 5/31/05

ercogesic 2 tab
po BID x 2 wks
End 7/8/05

| 07/01/2005 | THROUGH | 07/31/2005 |

NO KNOWN ALLERGIES, NONE

NKDA

Approved By Doctor:
By: M Miller, RN    Title:    Date: 6/20/05

HENRY, ALFONSUS    09/25/1963    M    4D



RECEIVED *o 7 -9 8/05*

*No response*

MONTGOMERY COUNTY DETENTION FACILITY

# GRIEVANCE OR APPEAL OF DECISION

Date: 7-18-2005              Cellblock: 4-I-6

Name: Mr. Aloysius T. Henry.        Booking No. 84775

Date/Time of Alleged Incident:   Around April are May 2005

THE FOLLOWING INFORMATION SHOULD BE INCLUDED:

    1.    Description or Summary of the Complaint
    2.    Name of Individual(s) Involved
    3.    Signature of Inmate

Upon a cell serch by the E-Team, I had words with officer Tolbert were at That Time I was in 3-I-6 cell I was Hand Cuffed by him and come out of view of The camera, I was Ran into the wall several Times on my Left side Shoulder Area, Then Took To The 4th Floor Placed in 14I Cell-that my lip was also Busted. I sent word to Lt. Finley about what happen she ordered x-rays and For me to see The Doctor, were I'm still in a great deal of Pain harder bring my use with my left arm officer James Thats on the E Team clearly stated in Front of The guys in 4-I That Tolbert did slam'd my shoulder into the wall area in the vesta area once out of The camera way. I Need Either D.T. Marshell are Director Skruge To Talk with me about This matter, come To Find out he also did a Box like That in 4-B, with hand cuffs he Busted his head These Acts of Force is wrong while inmate in cuffs              I Need To see a specialest about
                                                                          my Arm.

Aloysius T. Henry
Signature of Inmate

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

Revised 06/11/04

RECEIVED 0-7-27-05
Answered
# 20050272
No further
Response

## MONTGOMERY COUNTY DETENTION FACILITY
# GRIEVANCE OR APPEAL OF DECISION

Date: 7-27-2005                    Cellblock: 4-I-8

Name: MR. Aloysius Thaddeus Henry     Booking No. 84775

Date/Time of Alleged Incident: Since 4-5-Month 2005

#### THE FOLLOWING INFORMATION SHOULD BE INCLUDED:

1. Description or Summary of the Complaint
2. Name of Individual(s) Involved
3. Signature of Inmate

I was injured by Tolbert White in hand/wrists But also I've
been in Sever Pain, were lefted In June 2005 and July
of 2005 I have been Hurting badly I have witness
That will give Sworn statements That Nurse McBride,
and ms. Henry Stated Some bad Remarks about
me in the medical unit, were I have never been disrespect
To any of the Nurses. Plus I'm being denied the
proper medical Treatment by Southern Health
Partners medical staff, were I have Made everyone
aware about this Problem and nothing has been
done about it. Other Means Must Take place at this
time. were I feel They Must be Trying To Kill me
Not To want to help me knowing Im in Pain,
legal Action will be Taken In this matter against
every one. I Need to see a Specialest. My Arms is
messed up badly and Hurting severely

Mr. Aloysu T. Hy
**Signature of Inmate**

**PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP**

Revised 06/11/04

PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: | S.S.#: |
|-----------|----------------|---------|--------|
| 8/9/05 | | | |

S still has a lot of pain in her left shoulder. Hurts to abduct ® shoulder. Not sleeping at night 2° pain.

PE: / ® Tender c̄ ↓'d
ROM ® shoulder

Ibuprofen 800 tid

A: Tendonitis ® shoulder secondary to rest

Plan → refer to x rays.

percogesic 2 bid x 7 dgs.

Ibuprofen 800 2 bid x 10 d

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

Page 25

ALABAMA ORTHOPAEDIC SERVICES

Thomas G. W's, M.D.
ACS No. 9161
BNDD AW 8574673

Michael E. Davis, M.D.
ACS No. 24900
BNDD BD 6892548

Charles W. Hartzog, Jr., M.D.
ACS No. 20880
BNDD BH 3909655

429 ... Street
Montgome, , AL 36106
Telephone (334) 274-9000

Steven A.. Barrington, M.D.
ACS No. 12792
BNDD BB 0469684

D.D. Thornbury, M.D.
ACS No. 9439
BNDD AT 9452234

Edward E. Palmer, Jr., M.D.
ACS No. 5971
BNDD AP 5645051

G. Dexter Walcott, Jr., M.D.
ACS No. 23247
BNDD BW 6352986

Name _Henry aloysius_____ Address _____

℞    MOTRIN 600mg
     scs ī po TIDE MEALS
     #66 (sixty six)

                                              _Tom Wells_____ M.D.
                                              Product Selection Permitted

Label _____✓____ x3_____
Refill (1), (2), (3)
Date _08/18/05_____

                                              _____ M.D.
                                              Dispense As Written



MEDICATION ADMINISTRATION RECORD

## MONTGOMERY COUNTY JAIL

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800mg 1 tab PO BID

09/01/2005   THROUGH   09/30/2005

NO KNOWN ALLERGIES, NONE

Approved By Doctor
By: C. Smith, LPN

HENRY, ALFONSUIS    09/25/1963

# PHYSICIANS' ORDERS

Southern Health Partners, Inc.

| Name: Henry Aloysius | Diagnosis (if chg'd): |
|---|---|
| D.O.B.: 4/25/63 | percogesic 2 bid x 7 days |
| Allergies: NKA | RXN |
| Use Last    Date: 4/7/05 | ☐ *Generic Substitution is NOT Permitted* |

| Name: Henry Aloysius | Diagnosis (if chg'd): Motrin 800 PO BID |
| D.O.B.: 4/25/63 | Lithium 300 i PO qAM |
| Allergies: NKA | Lithium 800 i po qHS |
| Use Last    Date: 5/31/05 | ☐ *Generic Substitution is NOT Permitted* |

| Name: Henry Aloysis | Diagnosis (if chg'd): refill dose pk, — |
| D.O.B.: 4/25/63 | percogesic 2 bid x 2 wks. |
| Allergies: NKDA | x-Ray ® shoulder to R/o dislocation |
| Use Last    Date: 6/24/05 | ☐ *Generic Substitution is NOT Permitted* |

| Name: Henry Aloysius | Diagnosis (if chg'd): |
| D.O.B.: | Appt c ortho for shoulder |
| Allergies: NKDA | Ibuprofen 800 2 bid x 10 days |
| Use Last    Date: 8/9/05 | ☐ *Generic Substitution is NOT Permitted* |

| Name: | Diagnosis (if chg'd): |
| D.O.B.: | |
| Allergies: | |
| Use Last    Date: | ☐ *Generic Substitution is NOT Permitted* |

| Name: | Diagnosis (if chg'd): |
| D.O.B.: | |
| Allergies: | |
| Use Last    Date: | ☐ *Generic Substitution is NOT Permitted* |