IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALOYSIUS THADDEUS HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-1234-MEF |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 21, 2006, this court entered an order, a copy of which the Clerk mailed to the plaintiff. This order could not be delivered because the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *See Order of January 6, 2006 - Court Document No. 5* at 4. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before March 13, 2006, the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

The plaintiff is specifically cautioned that if he fails to respond to this order the

Magistrate Judge will recommend that this case be dismissed.

Done this 7th day of March, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE